*David Friedenberg* for petitioner. *Messrs. William C. Chanler* and *Paxton Blair* for respondent.

No. 213. SOUTHERN PACIFIC Co. *v.* HAIGHT. November 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. George R. Freeman, William H. Devlin, A. I. Diepenbrock,* and *Horace B. Wulff* for petitioner. *Mr. John D. Costello* for respondent.

No. 394. NATIONAL LABOR RELATIONS BOARD *v.* EXPRESS PUBLISHING Co. November 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Solicitor General Fahy* and *Mr. Robert B. Watts* for petitioner. *Mr. Leroy G. Denman* for respondent.

No. 414. CHATTANOOGA BAKERY, INC. *v.* NATIONAL LABOR RELATIONS BOARD. November 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Cecil Sims* for petitioner. *Solicitor General Fahy* and *Messrs. Robert B. Watts, Ernest A. Gross,* and *Morris P. Glushien* for respondent.

No. 416. BELAND *v.* UNITED STATES. November 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Charles Beland, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Valentine Brookes* for the United States.